UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JNECIA MONIQUE MCCLENTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCEONE INCORPORATED AND DOES 1-20,<br><br>Defendant. | Case No.:  22CV1180-MMA (BLM)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

The above-entitled matter was removed to this Court on August 11, 2022. ECF No. 1. Included with the removal documents was Defendant's answer to Plaintiff's complaint. ECF No. 3.

On August 12, 2022, the Court issued an Order Setting Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC"). ECF No. 5. The Court scheduled the conferences for September 28, 2022. Id.

On September 15, 2022, the parties filed a Joint Motion to Continue Early Neutral Evaluation Conference and Case Management Conference. ECF No. 8. The parties seek to continue the conferences by at least sixty days. Id. at 2. In support, the parties state that the

conferences should be continued because there is a pending motion to remand set to be heard on October 7, 2022 and the parties have scheduled a private mediation with Hon. Carl J. West on March 1, 2023.  Id.

In light of the pending motion to remand and the scheduled mediation, the parties' motion is **GRANTED IN PART** as follows:

1. The ENE scheduled for September 28, 2022 is **VACATED**.

2. The CMC scheduled for September 28, 2022 is **CONTINUED** to **October 17, 2022** at **2:00 p.m.**[1]  Each participant should plan to join the Zoom video conference at least five minutes before the start of the CMC to ensure that the CMC begins promptly at **2:00 p.m**. **The Zoom e-mail invitation may indicate an earlier start time, but the CMC will begin at the Court-scheduled time**.   In preparation for this conference, the parties must (1) send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the name and title of each participant, an e-mail address for each participant to receive the Zoom video conference invitation, and a telephone number where each participant may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference no later **October 10, 2022**, (2) file a Joint Discovery Plan on the CM/ECF system no later than **October 10, 2022** and (3) exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **October 10, 2022**.

All other guidelines and requirements remain as previously set.  ECF No. 5.

**IT IS SO ORDERED**.

Dated:  9/21/2022

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] The CMC will be attorneys-only and clients need not attend.