# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JNECIA MONIQUE MCCLENTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCEONE INCORPORATED,<br><br>Defendant. | Case No.: 22cv1180-MMA(BLM)<br><br>**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

On October 17, 2022, the Court held a videoconference Case Management Conference pursuant to Rule 16.1(d) of the Local Rules. ECF No. 15. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1. The parties must file a joint motion for a protective order, which includes the terms of their agreement for handling confidential documents and information, on or before **11/7/2022**.

2. Any motion to join other parties, to amend the pleadings, or to file additional pleadings must be filed by **12/16/2022**.

3. Plaintiffs shall file their motion for class certification on or before **03/17/2023**.

4. All fact discovery shall be completed by all parties on or before **4/14/2023**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice, and response as set forth in the Federal Rules of

Civil Procedure. Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Federal Rule of Civil Procedure 37(a)(1) and Civil Local Rule 26.1(a). All discovery motions must be filed within 30 days of the service of an objection, answer or response which becomes the subject of dispute or the passage of a discovery due date without response or production, and only after counsel have met and conferred and have reached impasse with regard to the particular issue. The Court's procedures for resolving discovery disputes are set forth in Magistrate Judge Barbara L. Major's Civil Chambers Rules, which are posted on the Court's website. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

5. The parties are ordered to contact Judge Major's chambers within five (5) days of Judge Anello issuing a ruling on the motion for class certification so that the Court may set the remaining case deadlines.

6. The dates and times set forth herein will not be modified except for good cause shown.

7. Briefs or memoranda in support of or in opposition to any pending motion must not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum will exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length must have a table of contents and a table of authorities cited.

8. Plaintiff's counsel must serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: 10/18/2022

_Barbara F. Major_
Hon. Barbara L. Major
United States Magistrate Judge